# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ANN TRICE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01196-SKO<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 6) |

　　　Plaintiff Stephanie Ann Trice filed a complaint on July 20, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff filed an amended application to proceed *in forma pauperis* on August 8, 2012.  (Doc. 6.)  Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　1.　　Plaintiff's amended application to proceed *in forma pauperis* is GRANTED;

　　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

　　　3.　　The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   August 10, 2012**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE