1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| STEPHANIE ANN TRICE, ) | Case No.: 1:12-cv-01196-SKO |
| ) | |
| ) | **ORDER EXTENDING DEADLINE TO** |
| Plaintiff, ) | **LODGE CERTIFIED ADMINISTRATIVE** |
| ) | **RECORD** |
| v. ) | |
| ) | (Doc. 15) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

16

17       On December 4, 2012, Defendant filed a stipulated request that Defendant be granted an

18 extension of time to lodge the certified administrative record.  (Doc. 15.)  The parties agree that

19 Defendant shall file the administrative record on or before January 16, 2013.

20       Accordingly, IT IS HEREBY ORDERED THAT Defendant shall lodge the certified

21 administrative record no later than January 16, 2013.

22

23

24 IT IS SO ORDERED.

25 **Dated:    December 6, 2012**                          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE
26

27

28